# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:14-cv-260

| | |
|---|---|
| CARLA MATTHEWS, individually, and on behalf of others similarly situated, ) ) ) Plaintiffs, ) ) vs. ) ) GUTHY RENKER FULFILLMENT ) SERVICES, LLC, a Delaware limited ) liability company, ) ) Defendant. ) ) | ORDER |

**THIS MATTER** is before the Court on Edward B. Davis' Application for Admission to Practice *Pro Hac Vice* of Kevin J. Stoops. It appearing that Kevin J. Stoops is a member in good standing with the Michigan State Bar and will be appearing with Edward B. Davis, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

IT IS, THEREFORE, ORDERED that Edward B. Davis' Application for Admission to Practice Pro Hac Vice (#3) of Kevin J. Stoops is **GRANTED**, and

that Kevin J. Stoops is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Edward B. Davis.

Signed: October 9, 2014

Dennis L. Howell
United States Magistrate Judge