THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:14-cv-00260-MR-DLH

| | |
|---|---|
| CARLA MATTHEWS, individually and on behalf of others similarly situated, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GUTHY RENKER FULFILLMENT SERVICES, LLC, a Delaware limited liability company, )<br>)<br>)<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Notice of Settlement [Doc. 12].

For the reasons stated in the parties' Notice, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Defendant shall have an additional thirty (30) days, through and including **February 11, 2015**, to answer or otherwise respond to the Plaintiff's Complaint.

**IT IS FURTHER ORDERED** that the parties shall file a stipulation of dismissal of this case within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: January 15, 2015

Martin Reidinger
United States District Judge